County of Erie v Selective Ins. Co. of Am.
2026 NY Slip Op 04093
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

COUNTY OF ERIE, PLAINTIFF-RESPONDENT,
v
SELECTIVE INSURANCE COMPANY OF AMERICA AND ZURICH AMERICAN INSURANCE COMPANY, DEFENDANTS-APPELLANTS. (APPEAL NO. 2.)

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
437 CA 24-01621
Present: Whalen, P.J., Bannister, Greenwood, Nowak, And Hannah, JJ.

KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (MATTHEW C. RONAN OF COUNSEL), FOR DEFENDANT-APPELLANT SELECTIVE INSURANCE COMPANY OF AMERICA.
COUGHLIN MIDLIGE & GARLAND LLP, NEW YORK CITY (NOAH M. WIESNER OF COUNSEL), FOR DEFENDANT-APPELLANT ZURICH AMERICAN INSURANCE COMPANY.
BOND, SCHOENECK & KING, PLLC, BUFFALO (STEPHEN A. SHARKEY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

Appeals from an order and judgment (one paper) of the Supreme Court, Erie County (Donna M. Siwek, J.), entered September 17, 2024. The order and judgment, among other things, granted the motion of plaintiff for summary judgment, denied the cross-motion of defendant Selective Insurance Company of America for summary judgment and declared that defendants are obligated to defend plaintiff in an underlying action.
[*1]
It is hereby ORDERED that the order and judgment so appealed from is unanimously modified on the law by denying plaintiff's motion insofar as it sought summary judgment against defendant Selective Insurance Company of America and vacating the declarations against that defendant, and as modified the order and judgment is affirmed without costs and the matter is remitted to Supreme Court, Erie County, for further proceedings in accordance with the same memorandum as in County of Erie v Selective Ins. Co. of Am. ([appeal No. 1] — AD3d — [June 26, 2026] [4th Dept 2026]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court